Matthew E. Roston (SBN 265944)
Ross, Rose, & Roston, LLP
9454 Wilshire Blvd., PH
Beverly Hills, California
TEL:  (310) 860-9620
FAX:  (310) 860-9624
EMAIL: mroston@rrrlegal.com

Attorneys for Plaintiff
AMIR LAJEVARDI

```
FILED
CLERK, U.S. DISTRICT COURT

10/16/15

CENTRAL DISTRICT OF CALIFORNIA
BY:____LB____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR LAJEVARDI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND LEON RODRIGUEZ, DIRECTOR OF CIS<br><br>    Defendants. | Case No.: SACV14-01249-AG (ANx)<br><br>**JUDGMENT AND ORDER GRANTING PLAINTIFF AMIR LAJEVARDI'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  August 17, 2015<br>Time   10:00 a.m. |

Plaintiff Amir LaJevardi's ("Plaintiff") Motion for Summary Judgment as to Plaintiff's claims against Defendants United States Department of Homeland Security, U.S. Citizenship and Immigration Services, and Leon Rodriguez, Director of CIS, ("Defendants") for judicial determination as to naturalization eligibility in connection with his N-400 application came on regularly before the COURT on August 17, 2015 at 10:00 a.m..  Appearances by counsel are noted in the record.

After considering the moving, opposition and reply briefs, the evidence submitted by the parties and the arguments presented by the parties' respective counsel, this Court finds that:

There are no genuine issue of material facts disputing Plaintiff's claims set forth in Plaintiff's Complaint, and therefore Plaintiff is entitled to summary judgment as a matter of law.

IT IS HEREBY ORDERED THAT:

1) Plaintiff's Motion for Summary Judgment is granted.

2) Plaintiff's N-400 Application is granted.

3) Defendants will arrange for Plaintiff's swearing in as a United States Citizen.

4) Plaintiff is entitled to recover attorney's fees and costs.

IT IS SO ORDERED

DATED:  10/16/2015

_____
JUDGE OF THE DISTRICT COURT
ANDREW J GUILFORD